■ NANCY HALPERN, Respondent, v. ROUND HOUSE REALTY CORP. et al., Appellants, et al., Defendants.— In an action to foreclose a mortgage on real property, the appeal is from an order of the Supreme Court, Westchester County, entered January 20, 1969, which granted plaintiff's motion for summary judgment. Order affirmed, with $10 costs and disbursements. In our opinion, no triable issues of fact were raised (*Hoffman* v. *Nashem Motors,* 20 N Y 2d 513; *Leader* v. *Dinkler Mgt. Corp.,* 20 N Y 2d 393; *Hirsch* v. *Buono Tire Co.,* 29 A D 2d 545). Brennan, Acting P. J., Rabin, Hopkins, Martuscello and Kleinfeld, JJ., concur.

■ MILDRED HUTCHINSON, Appellant-Respondent, v. CECELIA LARSEN, as Executrix of ALVIN S. HUTCHINSON, SR., Deceased, Respondent-Appellant. — In an action in which plaintiff was granted a judgment of separation, she appeals from so much of an order of the Supreme Court, Nassau County, entered November 8, 1962, as (1) modified the judgment by reducing the weekly alimony awarded therein from $70 to $60 and (2) denied leave to her to enter judgment for alimony arrears in excess of the $1,500 arrears which the order directed the husband to pay. The husband cross-appealed from other portions of the order; he died on October 12, 1967; the executrix of his estate has been substituted herein for him and her brief asks for leave to discontinue the cross appeal. Order modified, on the law and the facts, by striking therefrom the fourth decretal paragraph, which reduced the alimony award. As so modified, order affirmed, without costs. Cross appeal dismissed, without costs. In our opinion, there were no changed circumstances to justify the reduction of the alimony. The husband's income and resources were sufficient to meet the payments required by the original judgment. Christ, Acting P. J., Brennan, Hopkins, Munder and Kleinfeld, JJ., concur.

■ In the Matter of the Estate of ANTHONY R. FOGLIA, Deceased. OLGA E. FOGLIA, as Administratrix of the Estate of ANTHONY R. FOGLIA, Deceased, Respondent; PHYLLIS RISPOLI, Appellant.— In a contested accounting proceeding, the objectant appeals from (1) an order of the Surrogate's Court, Kings County, dated April 30, 1968, which denied her motion for reargument of a prior decision of said court (denominated in the record as an "order") dated February 13, 1968, directing *sua sponte* that her jury demand be struck out, and (2) said decision. Appeals dismissed, without costs; the order and the decision are nonappealable. No appeal lies from an order denying reargument (*Matter of Barbaro* v. *Wyman,* 32 A D 2d 740; *Sklan* v. *Sklan,* 29 A D 2d 526; *Schiff* v. *Doctors Hosp.,* 29 A D 2d 534; *Matter of Eaton* v. *Paulson,* 29 A D 2d 945). Similarly, no appeal lies from a decision (*Balk* v. *Frank,* 29 A D 2d 685). Although the determination of February 13, 1968 is denominated an order, it is in fact a decision. However, we have considered the merits of appellant's contentions and, if we were not required to dismiss the appeals, we would affirm the determinations. Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Kleinfeld, JJ., concur.